

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GERARD MASTRAPASQUA,

    Plaintiff,

v.                           Civil Action No. 3:13cv98

CHASE BANK USA, N.A.,

    Defendant.

## ORDER

Having reviewed the MOTION TO VACATE THE AUGUST 27, 2013 TRIAL DATE AND STAY PROCEEDINGS (Docket No. 25) filed by the defendant, and there being no objection by the plaintiff, it is hereby ORDERED that the MOTION TO VACATE THE AUGUST 27, 2013 TRIAL DATE AND STAY PROCEEDINGS (Docket No. 25) is granted. It is further ORDERED that:

(1) the pretrial deadlines are stayed pending the finalization of settlement negotiations and the trial by jury scheduled for 9:30 August 27, 2013 is continued generally until further Order of the Court; and

(2) the parties shall submit to the Court and endorsed Dismissal Order by June 28, 2013; if the settlement is not finalized by that date, the defendant shall file a Status Report on June 28,

2013 advising of the status of the negotiations and when the negotiations will be completed.

It is so ORDERED.

_____/s/_____*REP*_____
Robert E. Payne
Senior United States District Judge


Richmond, Virginia
Date: June **12**, 2013

2



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GERARD MASTRAPASQUA,

     Plaintiff,

v.                                     Civil Action No.  3:13cv98

CHASE BANK USA, N.A.,

     Defendant.

## ORDER

Having reviewed the MOTION TO VACATE THE AUGUST 27, 2013 TRIAL DATE AND STAY PROCEEDINGS (Docket No. 25) filed by the defendant, and there being no objection by the plaintiff, it is hereby ORDERED that the MOTION TO VACATE THE AUGUST 27, 2013 TRIAL DATE AND STAY PROCEEDINGS (Docket No. 25) is granted.  It is further ORDERED that:

(1)  the pretrial deadlines are stayed pending the finalization of settlement negotiations and the trial by jury scheduled for 9:30 August 27, 2013 is continued generally until further Order of the Court; and

(2)  the parties shall submit to the Court and endorsed Dismissal Order by June 28, 2013; if the settlement is not finalized by that date, the defendant shall file a Status Report on June 28,

2013 advising of the status of the negotiations and when the negotiations will be completed.

It is so ORDERED.

_____/s/_____RE P_____

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: June 12 , 2013

2