IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GERARD MASTRAPASQUA,

    Plaintiff,

v.                            Civil Action No. 3:13cv98

CHASE BANK USA, N.A.,

    Defendant.

**ORDER**

Having reviewed the DEFENDANT'S STATUS REPORT (Docket No. 28) filed on June 27, 2013, it is hereby ORDERED that counsel for plaintiff shall respond to the defendant's settlement proposal by July 3, 2013 and shall, by that date, file a certificate that plaintiff has complied with this ORDER. If the settlement is not concluded by July 10, 2013, counsel shall confer with the Court by telephone conference on July 11, 2013, and counsel for plaintiff shall arrange the conference.

    It is so ORDERED.

                                          /s/    REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: June 28, 2013